# EXHIBIT 7



U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Patrick Henry Building*
*601 D Street, N.W.*
*Washington, D.C. 20530*

February 28, 2024

Center for Immigration Studies, Inc.
ATTN: Mark Krikorian, Executive Director
1629 K Street N.W., Suite 600
Washington, DC 20006
E-mail: msk@cis.org

Re:  Center for Immigration Studies, Inc.'s Paycheck Protection Program Loan #3393108806

Dear Mr. Krikorian,

  I am writing to inform you that the above matter regarding the above referenced Paycheck Protection Program ("PPP") loan has been referred to the Office of the United States Attorney for the District of Columbia for investigation and possible prosecution of a violation of the False Claims Act, Title 31 U.S.C. §3729.

  Specifically, this Office is investigating allegations that the Center for Immigration Studies, Inc. ("CIS") submitted false claims and caused false claims to be submitted to the Small Business Administration ("SBA") when CIS applied for and received a second draw loan under the PPP Disaster Relief Program, and further when CIS sought and obtained forgiveness of the second draw PPP loan.  Specifically, this Office is investigating whether CIS falsely certified in its second draw loan application that it was "not a business concern or entity primarily engaged in political or lobbying activities, including any entity that is organized for research or for engaging in advocacy in areas such as public policy or political strategy or otherwise describes itself as a think tank in any public documents."

  Given the above information, we would be interested in talking with you in order to discuss and possibly resolve this matter without legal action.  I can be reached at (202) 252-2533, or by email at sean.tepe@usdoj.gov, should you wish to discuss the matter.

Sincerely,

MATTHEW GRAVES
United States Attorney

By:  */s/ Sean Tepe*
SEAN M. TEPE
Assistant United States Attorney