# EXHIBIT 9
# INTENTIONALLY OMITTED